UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YESSUH SUHYES HUSSEY

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

ARRESTING OFFICERS OF THE 78 PRECINCT
* KORBEAN FOLK ⇐ ARRESTING OFFICER
* JOHN DOE ⇐ OFFICER THAT THREATENED "I" AT GUN POINT
* JANE DOE ⇐ UNWARRANTED SEARCH
* SGT LECORPS ⇐ ALSO THREATENED

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 16 2023 ★
LONG ISLAND OFFICE

# CV 23-2156

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓   NO ____

CASE: 1:22-CV-06566-PKC-LB

Chen, J
Bloom, M.J.

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** YESSUH SUHYES HUSSEY

If you are incarcerated, provide the name of the facility and address:

ANNA M KROSS CENTER
18-18 HAZEN STREET, RIKER ISLAND
EAST ELMH

Prisoner ID Number: NYSID#15/24253K B&C#3492102369

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: NONE


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.


Defendant No. 1

KORBEAN FOLK
**Full Name**

ARRESTING OFFICER
**Job Title**

78 PRECINCT BROOKLYN
NEW YORK
**Address**


Defendant No. 2

JOHN DOE
**Full Name**

ARRESTING OFFICER PARTNER
**Job Title**

78 PRECINCT BROOKLYN
NEW YORK
**Address**


Defendant No. 3

JANE DOE
**Full Name**

ARRESTING OFFICER
**Job Title**

78 PRECINCT BROOKLYN
NEW YORK

2

Address

**Defendant No. 4**

SGT LECORPS SHAPIRO
Full Name

SERGEANT
Job Title

78 PRECINCT, BROOKLYN
NEW YORK
Address

**Defendant No. 5**

Full Name

Job Title

Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? SOUTH EAST CORNER WEST LAKE DRIVE, WEST DRIVE "PROSPECT PARK", BROOKLYN NEW YORK

When did the events happen? (include approximate time and date) MAY 4TH 2021

Facts: (what happened?) ON MAY 4TH 2021 I FELT UNSAFE AND THREATENED THAT ONE NYPD VEHICLE STOPPED SUDDENLY & WAS BEHAVING VERY SUSPICIOUS & ANOTHER FOLLOWED ME AND MADE A 180 DEGREE TURN AT MY FOOT WITH THE WINDOWS DOWN AND AN AWEFUL/AWFUL LOOK FROM ~~THE~~ ONE OF THE OFFICERS IN THE PASSENGER SEAT. THE OFFICERS RUSHED OUT OF THEIR VEHICLES AGGRESSIVELY; SHORTLY AFTER I ENTERED THE PARK AROUND 6 AM ON MAY 4TH 2021; ONE OFFICER POINTED HIS GUN IN MY FACE, THREATENING MY LIFE & SLIGHTLY CHIPPING ONE OF MY TEETH. I LATER DISCOVERED THAT THEY WERE MISLED BY MARIAN HERTZ. WHOM WENT AFTER A BLACK MAN WHOM DID NOT MATCH THE INITIAL DESCRIPTION FROM THE AUDIO SHE GAVE THE POLICE OFFICERS.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

TEMPORARY INABILITY TO STAND DUE TO DIRECT COLLISION WITH AN NYPD VEHICLE; AND MENTAL CRUELTY FROM BEING THREATENED BY A PEACE OFFICER AT GUN POINT.

4

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

I ORDER THE MONETARY COMPENSATION OF $10,000,000.00¢ DOLLARS IN THIS LEGAL MATTER; TO BE PERMITTED BY THE FEDERAL COURT.

I declare under penalty of perjury that on 01/05/2023, I delivered this
                                            (date)
complaint to prison authorities at ANNA M KROSS CENTER to be mailed to the United
                                    (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/05/2023

_[signature]_
Signature of Plaintiff

ANNA M KROSS CENTER
Name of Prison Facility or Address if not incarcerated

1818 HAZEN STREET
EAST ELMHURST 11370
RIKER ISLAND
Address

NYSID# 15124253   B&C# 3492102369
Prisoner ID#

rev. 12/1/2015

5