JAIL ADDRESS - ANNA M KROSS CENTER 1818 HAZEN STREET EAST ELMHURST 11370.

*SOCIAL SECURITY - ***-**-9493

*THIS CLAIM INVOLVES THE FOLLOWING PEOPLE COMPANIES CORPORATIONS AND/ AGENCIES:

THE 78 PRECINT IN BROOKLYN NEW YORK PERTAINING TO THE ARRESTING OFFICERS OF AND THE NEW YORK POLICE DEPARTMENT OF THE CITY OF NEW YORK IN THE COUNTY OF "KINGS." (THE INDICTMENT IS UNLAWFUL) JOHN DOE'S & JANE DOE'S => IN RELATION TO SGT LECORPS

*THE NATURE OF MY CLAIM IS

THAT PERTAINING TO THE ARREST # K21615080 ON MAY 4TH, 2021 APPROXIMATELY 06:06 AM, DOCKET # - CR - 011342-21KN, CASE # - IND-(71572)-(21) => THE ARREST WAS & STILL IS FALSE & UNLAWFUL BECAUSE I AM STILL INCARCERATED FOR UP TO 16 MONTHS NOW BECAUSE THE POLICE RESPONDED TO A FALSE STATEMENT FROM CLAIMANT MARIAN HERTZ PERTAINING TO CHARGES => (1.) PL 135.10 - UNLAWFUL IMPRISONMENT (2.) PL 135.05 - UNLAWFUL IMPRISONMENT & (3.) UNLAWFUL IMPRISONMENT ATTEMPTED KIDNAP.

ADDITIONAL SHEETS OF PAPER WERE ATTACHED IF NCESSARY.

THE TOTAL AMOUNT TO BE COMPENSATED FOR IS $10,000,000.00¢

STATED BY CLAIMANT YESSUH SUHYES HUSSEY PURSUANT TO THE LAW.

IF MORE THAN ONECLAIM WAS MADE A DETAILED RESPONSE AND A SEPERATE CLAIM FOR EACH INCIDENT IS PROVIDED.

THE CLAIMANT ANALISSE PIAZZI WHOM I AM CERTAIN WAS IN THE PRESENCE OF MARIAN HERTZ ON MAY 04 2021 WHOM I'VE NEVER MET OR EXISTED IN THE PRESENCE OF. THE EYE WITNESS ANALISSE PIAZZI PROVED ON THE PHOTO ARRAY VIEWING REPORT # 2021-078-1336 - PHOTO ARRAY VIEWING REPORT # - PD373-154 TO ADMINISTRATOR CONCEICAO ON 05/10/2021 WHEN I WAS RELEASED ON R.O.R HOWEVER THE CASE IS STILL NOT DISMISSED.

CLAIMANT SIGNATURE   yhussey   YESSUH SUHYES HUSSEY

DATE OF SIGNATURE   1-3-2023

DATE SWORN BEFORE THE NOTARY   1-3-2023

NOTARY SIGNATURE   Michael Veal

MICHAEL C. VEAL
Notary Public, State of New York
No. 01VE6025177
Qualified in Queens County
Commission Expires April 19, 20__

ATTACHMENT AND BRIEF OF THE INCIDENT.

CLAIMANT YESSUH SUHYES HUSSEY.

DEFENDANT 78 PRECINCT IN BROOKLYN NY, ARRESTING OFFICERS JANE DOE'S & JOHN DOE'S.

DAY OF INCIDENT MAY 04 2021.

TIME OF THE INCIDENT 6:06:03 AM

THIS IS EXACTLY WHAT HAPPENED PERTAINING TO THE ARREST #K21615080/#K21615080 ON MAY 04 2021 APPROXIMA-TELY 6:06 AM, DOCKET # CR-011342-21KN, CASE# -IND-(71572-21) => THE ARREST WAS & STILL IS FALSE & UNLAWFUL BECAUSE I AM STILL INCAR-CERATED FOR UP 16 MONTHS NOW BECAUSE THE POLICE RESPONDED TO A FALSE COMPLAINT FROM MARIAN HERTZ PERTAINING TO CHARGES =>(1.) PL 135.10 - UNLAWFUL IMPRISONMENT (2.) PL 135.05 - UNLAWFUL IMPRISONMENT & (3.) UNLAWFUL IMPRISONMENT ATTEMPTED KIDNAP. THE EYE WITNESS ANALISSE PIAZZI WHOM WAS IN THE PRESENCE OF MARIAN HERTZ PROVED ON THE PHOTO ARRAY VIEWING REPORT # 2021-078-1336 - PHOTO ARRAY VIEWING REPORT # PD373-154 TO ADMINISTRATOR CONCEICAO ON 05/10/2021 WHEN I WAS RELEASED ON R.O.R.

CLAIMANT YESSUH SUHYES HUSSEY CERTIFIES, SIGNS AND SAID THIS IS TRUE, SIGNATURE  *yhussey*  .

DATE OF I YESSUH SUHYES HUSSEY SIGNATURE.

CLAIM TO COMPENSATION AMOUNT $10,000,000.00¢

JAIL ADDRESS - ANNA M KROSS CENTER 1818 HAZEN STREET EAST ELMHURST 11370.

*SOCIAL SECURITY - \*\*\*-\*\*-9493

*THIS CLAIM INVOLVES THE FOLLOWING PEOPLE COMPANIES CORPORATIONS AND/ AGENCIES: SEVERAL OFFICERS JOHN DOE AND JANE DOE OF THE 78TH PRECINCT OF BROOKLYN NEW YORK

*THE NATURE OF MY CLAIM IS THAT THE NYPD BRUTALLY ATTACKED ME ON MAY 04 2021 AS I WAS WALKING TO MY FATHER'S TAILOR SHOP ON 832 WASHINGTON AVE BROOKLYN NEW YORK NOT TOO FAR FROM WHERE I WAS WRONGFULLY ARRESTED. I ALSO INTENDED TO STOP AT THE NEW YORK PUBLIC LIBRARY THAT DAY TO MEET WITH MY GIRLFRIEND (43 YEAR OLD) NOVELETTE CAMPBELL AND I ALSO HAD A VISIT

ADDITIONAL SHEETS OF PAPER WERE ATTACHED IF NCESSARY.

THE TOTAL AMOUNT TO BE COMPENSATED FOR IS $10,000,000.00¢

STATED BY CLAIMANT YESSUH SUHYES HUSSEY PURSUANT TO THE LAW.

IF MORE THAN ONECLAIM WAS MADE A DETAILED RESPONSE AND A SEPERATE CLAIM FOR EACH INCIDENT IS PROVIDED.

SCHEDULED WITH MY COUSIN IN LAUREL MARYLAND 329½ MAIN STREET, 20707. I WAS RECOVERING FROM A HEART ATTACK THAT I HAD EARLIER THAT YEAR ON JANUARY 11TH 2021 ⇒ AND WAS HOSPITALIZED AT SAINT LUKES ROOSEVELT HOSPITAL CENTER IN MANHATTAN. NEW YORK. I WAS THREATENED BY THE NYPD INSTEAD AND WRONGFULLY ARRESTED.

CLAIMANT SIGNATURE: Yhussey YESSUH SUHYES HUSSEY

DATE OF SIGNATURE: 01-10-23

DATE SWORN BEFORE THE NOTARY: 01-10-23

NOTARY SIGNATURE:

HELEN DANESI OSUMAH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01OS6404665
Qualified in Queens County
My Commission Expires 2/22/24

ATTACHMENT AND BRIEF OF THE INCIDENT.

CLAIMANT YESSUH SUHYES HUSSEY.

DEFENDANT 78TH PRECINCT IN BROOKLYN, NY, ARRESTING OFFICERS JANE DOE'S & JOHN DOE'S

DAY OF INCIDENT MAY 04 2021.

TIME OF THE INCIDENT 6:06:03 AM

THIS IS EXACTLY WHAT HAPPENED THE NYPD BRUTALLY ATTACKED & THREATENED ME AT GUN POINT ON MAY 04 2021 AS I WAS WALKING TO MY FATHER'S TAILOR STORE ON 832 WASHINGTON AVE BROOKLYN NY NOT TOO FAR FROM WHERE I WAS ARRESTED. I ALSO INTENDED TO STOP AT THE BK PUBLIC LIBRARY THAT DAY TO MEET WITH MY GIRL-FRIEND (43 YEAR OLD) NUVELIETTE CAMPBELL AND I ALSO HAD A VISIT SCHEDULED WITH MY COUSIN JERMAINE GRANT IN LAUREL MARYLAND 329½ MAIN STREET, 20707. I WAS RECOVERING FROM A HEART ATTACK THAT I HAD EARLIER THAT YEAR 2021 ⇒ AND WAS HOSPITALIZED AT SAINT LUKES ROOSEVELT HOSPITAL CENTER IN MANHATTAN NEW YORK. OFFICER JOHN DOE INTENDED AND THREATENED TO SHOOT.

CLAIMANT YESSUH SUHYES HUSSEY CERTIFIES, SIGNS AND SAID THIS IS TRUE, SIGNATURE *Yhussey*

DATE OF I YESSUH SUHYES HUSSEY SIGNATURE.

CLAIM TO COMPENSATION AMOUNT $10,000,000.00 ¢

## VERIFICATION

*I YESSUH SUHYES HUSSEY BEING DULY SWORN CONFIRMS AND SAYS THAT I AM THE AFOREMENTIONED CLAIMANT. I HAVE SERVED THIS FOREGOING NOTICE AND IT IS MY INTENTION TO FILE THIS CLAIM AGAINST THE CITY AND STATE OF NEW YORK AND KNOW THE CONTENTS OF MY CLAIMS. BASE ON MY RECOLLECTION OF MEMORY AND MY OWN KNOWLEDGE OF THE SIT-UATION OF THE INCIDENTS THAT OCCURED. YOU ARE HEREBY NOTIFIED THAT MY STATEOF CLAIMS IS NOT A PRODUCT OF DELUSION NOR FANTASY AND IS IN FACT REAL; IT IS NOT TO HARASS NOR TO BE MALICIOUS. ... - IN ANY WAY, RESPECTFULLY THIS CLAIM IS BEING FILED AS SUCH

*CLAIMANT  YESSUH SUHYES HUSSEY

SIGNATURE  Yhussey

*SWORN TO ME ON THIS DAY  3rd  OF  January, 2023

*SIGNATURE OF NOTARY  Michael Veal

MICHAEL C. VEAL
Notary Public, State of New York
No. 01VE6023177
Qualified in Queens County
Commission Expires April 19, 2023

## AFFIDAVIT OF SERVICE

*FILED FROM THE STATE OF NEW YORK COUNTY OF  QUEENS

*I YESSUH SUHYES HUSSEY, PLAINTIFF AGAINST  NYPD 78 PRECINCT => JOHN DOE'S JANE DOE'S  THE DEFENDANT.

BEING DULY SWORN CONFIRMS AND SAYS, THAT I AM THE CLAIMANT ABOVE AND MENTIONED THROUGHOUT THE CIVIL ACTION NUMBER

1:22-CV-06566-PKC-LB

THE NOTICE OF CLAIM HEREBY FILED ON THIS DAY OF  12/28/2022  SERVED BY CERTIFIED MAIL TRACKING NUMBER  7022-2410-0003-0117-0721  2122-9541-58  AND RECEIPT NUMBERS  9590-9402-7615

DOCKET # - CR-011342-21KN, CASE # - IND-71572-21

AUTHORIZED BY A INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE FORM.

THIS IS AN AUTHENTIC COPY DECLARING MY FIRM INTENT TO PROCEED WITH THE FILING OF A CIVIL ACTION AGAINST  NYPD 78 PRECINCT OFFICERS OF THE ARREST JOHN DOE'S & JANE DOE'S.  BY SUBMITTING THIS AUTHORIZED CLAIM TO THE STATE OF THE COMPTROLL-ER OFFICE 110 STATE STREET, ALBANY NEW YORK 12236-0001. FROM THIS DAY ON FURTHER!

IN RELATION TO SGT LECORPS

*CLAIMANT  YESSUH SUHYES HUSSEY

*SIGNATURE  Yhussey

*SWORN TO ME ON THIS DAY  3rd  OF  January, 2023

*SIGNATURE OF NOTARY  Michael Veal

MICHAEL C. VEAL
Notary Public, State of New York
No. 01VE6023177
Qualified in Queens County
Commission Expires April 19, 2023

\*EXTRA ATTACHMENT #1

ATTACHMENT AND BRIEF OF THE INCIDENT.

CLAIMANT YESSUH SUHYES HUSSEY.

DEFENDANT ARRESTING OFFICERS OF THE 78TH PRECINCT IN BROOKLYN NEW YORK SEVERAL JOHN & JANE DOES

DAY OF INCIDENT SEVERAL TIMES IN THE PAST (FOCUS => MAY 04 2021)

TIME OF THE INCIDENT 5:55 => 6:06:03 AM

THIS. IS EXACTLY WHAT HAPPENED AROUND THIS TIME THAT DAY THE POLICE DID NOT COME AFTER ME BECAUSE THERE WAS A KNIFE IN MY HAND, THEY DELIBERATELY CAME AFTER ME WITH THE INTENT TO KILL OR CAUSE SEVERE DAMAGE => BASE ON HOW THE OFFICERS IN THE CLOSEST VEHICLE THAT LITERALLY DROVE TO ME & STARTED TO CIRCLE AROUND ME WERE ACTING BY DISPLAYING VIVID INTENT TO HARM I YESSUH SUHYES HUSSEY ON THAT DAY AND TIME. GIVING ME REASON TO BELIEVE THAT I MUST HAVE PROTECT MYSELF IN THE BEST WAY POSSIBLE => BECAUSE INITIALLY I NOTICED THEIR INTENT TO CAUSE ANOTHER HARM TO ME ON MAY 04 2021. WHICH AT THAT POINT IN TIME, FELT LIKE A LIFE AND DEATH SITUATION. PUTTING ME IN GREAT SHOCK AND IMPULSIVE INSTINCT TO DEFEND MY MENTAL & PHYSICAL HEALTH BECAUSE.

CLAIMANT YESSUH SUHYES HUSSEY CERTIFIES, SIGNS AND SAID THIS IS TRUE, SIGNATURE _[signature]_

DATE OF I YESSUH SUHYES HUSSEY SIGNATURE.

CLAIM TO COMPENSATION AMOUNT $10,000,000.00¢

*EXTRA ATTACHMENT #2

ATTACHMENT AND BRIEF OF THE INCIDENT.

CLAIMANT YESSUH SUHYES HUSSEY.
DEFENDANT ARRESTING OFFICERS JANE'S AND JOHN DOE'S OF THE 78TH PRECINCT IN BROOKLYN NEW YORK.

DAY OF INCIDENT SEVERAL TIMES IN THE PAST (FOCUS => MAY 04 2021)

TIME OF THE INCIDENT 5:55 => 6:06:03 AM

THIS IS EXACTLY WHAT HAPPENED AT THAT DAY & POINT IN TIME I RECALLED THAT OFFICERS OF NYPD HAVE BEEN HARASSING I YESSUH SUHYES HUSSEY SINCE THE YEAR 2018, AND FOR NO LEGAL OR LAWFUL REASON WHICH RESULTED IN ATLEAST 18 OR MORE ARREST IF MY MEMORY SERVES ME RIGHT => WHICH CONSTITUTES AS FALSE ARREST CONSIDERING THE FACT THAT THERE WAS NEVER A CHARGE AND I WAS DOING FAIRLY WELL & NORMAL AT THE TIMES OF UNLAWFUL ARREST. I HEREBY MAKE IT FUTHERLY CLEAR THAT I HAD NO INTENTION OF HARMING MARIAN HERTZ AS IVE MENTIONED BEFORE W ALONG WITH THE FACT THAT IVE NEVER ACTUALLY MET HER IN MY LIFETIME AS CAN BE PROVED & JUSTIFIED USING THE EYE-WITNESS ANELISE DIAZZI STATEMENTS TO AID IN SUCH AN ARGUEMENT.

CLAIMANT YESSUH SUHYES HUSSEY CERTIFIES, SIGNS AND SAID THIS IS TRUE, SIGNATURE *yhussey*

DATE OF I YESSUH SUHYES HUSSEY SIGNATURE.

CLAIM TO COMPENSATION AMOUNT $40,000,000.00 ¢

*ATTACHMENT EXTRA 3 =>

ATTACHMENT AND BRIEF OF THE INCIDENT.

CLAIMANT YESSUH SUHYES HUSSEY.

DEFENDANT ARRESTING OFFICERS OF THE 78TH PRECINCT IN BROOKLYN NY. SEVERAL JOHN DOE'S & JANE DOE'S.

DAY OF INCIDENT SEVERAL TIMES IN THE PAST (FOCUS => MAY 04 2021)

TIME OF THE INCIDENT 5:55 => 6:06:03 AM

THIS IS EXACTLY WHAT HAPPENED I STILL DO NOT HAVE SUCH INTENT AND MAINTAIN MY REASON THAT THE ARREST IS UNLAWFUL DUE TO THE FACT THAT SPECIFIC CHARGES WERE INDICTED TO MY NAME SUCH AS ATTEMPT KIDNAP AND UNLAWFUL IMPRISONMENT, VIOLATED MY FEDERAL CONSTITUTIONAL RIGHTS AND CAUSED EXCESSIVE DAMAGES TO MY PHYSICAL & WELL BEING BECAUSE WHILE IN THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS => SEVERAL OFFICERS AND INMATES CAUSED EXCESSIVE HARM & MENTAL CRUELTY BECAUSE THEY WERE CONVINCED BY THE DECEPTION THAT MADE ME WRONGFULLY APPEAR AS A KIDNAPIST & THE FACT THAT THE CLAIMANT IS A FEMALE ALSO BROUGHT ME TO A NEAR DEATH EXPERIENCE, WHERE I WAS WRONGFULLY STABBED IN THE HEADING, EXPOSING THE SKELETON BONE => "CRANIUM".

CLAIMANT YESSUH SUHYES HUSSEY CERTIFIES, SIGNS AND SAID THIS IS TRUE, SIGNATURE *[signature]*.

DATE OF I YESSUH SUHYES HUSSEY SIGNATURE.

CLAIM TO COMPENSATION AMOUNT $40,000,000.00 ¢

*EXTRA ATTACHMENTS #4

ATTACHMENT AND BRIEF OF THE INCIDENT.

CLAIMANT YESSUH SUHYES HUSSEY.

DEFENDANT _ARRESTING OFFICERS OF THE 78TH PRECINCT IN BK, NY, SEVERAL JANE DOE'S & JOHN DOE'S._

DAY OF INCIDENT _SEVERAL TIMES IN THE PAST (FOCUS => MAY 04 2021)_

TIME OF THE INCIDENT _5:55 => 6:06:03 AM_

THIS IS EXACTLY WHAT HAPPENED _(CONTINUATION =>): DUE TO SUCH AN INCIDENT THAT STEMMED FROM A FALSE ID OR WRONG DESCRIPTION OF THE INTENDED SUSPECT JOHN DOE, WHICH INITIALLY PLACED ME IN HARMS WAY._

CLAIMANT YESSUH SUHYES HUSSEY CERTIFIES, SIGNS AND SAID THIS IS TRUE, SIGNATURE _YHussey_.

DATE OF I YESSUH SUHYES HUSSEY SIGNATURE.

CLAIM TO COMPENSATION AMOUNT _$10,000,000.00 ¢_