UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YESSUH SUHYES HUSSEY,

               Plaintiff,

      -against-

KORBEAN FOLK, Arresting Officer; JOHN DOE, Arresting Officer; JANE DOE, Arresting Officer; and SGT. LECORPS SHAPIRO,

               Defendants.
-----------------------------------------------------------x

**ORDER**
23-CV-2156 (PKC) (LB)

PAMELA K. CHEN, United States District Judge:

     Plaintiff Yessuh Suhyes Hussey, a serial filer, brings this action pursuant to 42 U.S.C. § 1983, alleging that, on May 4, 2021, he was falsely arrested and excessive force was used against him by members of the 78th Precinct in Prospect Park in Brooklyn, New York.[1]

     Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. The Clerk of Court shall issue a summons for Officer Korbean Folk and Sergeant Lecorps Shapiro, both assigned to the 78th Precinct in Brooklyn, New York. The United States Marshals Service is directed to serve the summons, the Complaint, and this Order upon these defendants without prepayment of fees.

     Plaintiff also names as Defendants Police Officer John Doe of the 78th Precinct and Police Officer Jane Doe of the 78th Precinct. The Court requests that Corporation Counsel ascertain the full names and service addresses of these officers who were allegedly involved in Plaintiff's arrest on May

---

[1] At the time of filing, Plaintiff was being held at the Anna M. Kross Center on Rikers Island but was released from custody on March 2, 2023. See https://a073-ils-web.nyc.gov/inmatelookup/pages/home/home.jsf (last visited April 11, 2023). The Court notes that Plaintiff has filed at least 60 cases in recent months, including 43 cases on the same day. Although this Complaint will proceed for now, Plaintiff is again warned that the future filing of vexatious and frivolous litigation may result in sanctions, including the imposition of an injunction prohibiting him from making future filings seeking *in forma pauperis* status without leave of the Court.

4, 2021, in Prospect Park in Brooklyn, New York.  *See Valentin v. Dinkins*, 121 F.3d 72 (2d. Cir. 1997) (per curiam).

Corporation Counsel need not undertake to defend or indemnify these individuals at this time. This Order merely provides a means by which Plaintiff may name and properly serve the defendants as instructed by the Second Circuit in *Valentin*.  Corporation Counsel shall produce the information specified above regarding the identity and service address of these John Doe and Jane Doe Defendants within forty-five (45) days from the entry of this Order.  Once this information is provided, Plaintiff's Complaint shall be deemed amended to reflect the full name and service address of these Defendants, a summons shall issue, and the United States Marshal Service shall serve the summons, the Complaint, and this Order upon these remaining defendants without prepayment of fees.

The case is referred to Magistrate Judge Lois Bloom for pretrial supervision.  The Clerk of Court shall send a copy of this Order to Plaintiff and to the Corporation Counsel for the City of New York, Special Federal Litigation Division.

SO ORDERED.

*/s/Pamela K. Chen*
PAMELA K. CHEN
United States District Judge

Dated: April 27, 2023
Brooklyn, New York